# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  SA CV 17-00776-WDK (PLAx)					Date  April 16, 2018

Title:   J and J Sports Productions, Inc. v. Yen B. Nguyen, et al.

---

PRESENT:  THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:  
NONE

ATTORNEYS PRESENT FOR DEFENDANTS:  
NONE

**PROCEEDINGS:**       (ORDER TO SHOW CAUSE)

On August 4, 2017, the Court issued its Case Management Order and Order/Referral to ADR, in which plaintiff was ordered, within 30 days of that date, to contact the ADR Program Director to schedule a mediation of this action, said mediation to be conducted no later than April 4, 2018.  To date, there is no indication in the record that plaintiff timely contacted the ADR Program Director, or that mediation occurred.  Accordingly, **plaintiff is ordered to show cause, no later than April 23, 2018, why monetary sanctions should not be imposed on plaintiff for failure to comply with this Court's August 4, 2017, Order**.

cc:	Hon. William D. Keller
	Gail Killefer, ADR Coordinator
	Counsel of record

Initials of Deputy Clerk   ch

CV-90 (10/98)					CIVIL  MINUTES  -  GENERAL