UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. SA CV 17-00776 WDK (PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **YEN B. NGUYEN, et al.**, | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Crossfit Ava, Inc., an unknown business entity d/b/a Crossfit Ava, the Court having found that the entry of a Default Judgment is appropriate, and against defendant Yen B. Nguyen a/k/a Yen Nguyen, individually and d/b/a Crossfit Ava, upon the Court's grant of Summary Judgment in favor of plaintiff. [*See* Doc. Nos. 56; 58.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Yen B. Nguyen a/k/a Yen Nguyen, individually and d/b/a Crossfit Ava, and Crossfit Ava, Inc., an unknown business entity d/b/a Crossfit Ava, shall pay the plaintiff, J & J Sports Productions, Inc., $3,300.00 in total

damages.  The damages award against defendant Yen B. Nguyen is joint and several with the award against defendant Crossfit Ava, Inc.  Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.[1]

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: September 19, 2019

_____

William Keller
United States District Judge

---

[1] The previous award of attorneys' fees in the amount of $530.00 against defendant Crossfit Ava, Inc. will be offset against any additional request for attorneys' fees.  [*See* Doc. No. 56.]